**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-7085**

———————

UNITED STATES OF AMERICA,

        Plaintiff – Appellee,

   v.

JAMES RAMON TUCKER,

        Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Raymond A. Jackson, District Judge.  (2:11-cr-00079-RAJ-TEM-1)

———————

Submitted: September 24, 2013    Decided: September 27, 2013

———————

Before NIEMEYER and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

James Ramon Tucker, Appellant Pro Se.  Sherrie Scott Capotosto, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Ramon Tucker appeals the district court's order denying his motion to compel the Government to file a Fed. R. Crim. P 35(b) motion. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. United States v. Tucker, No. 2:11-cr-00079-RAJ-TEM-1 (E.D. Va. June 19, 2013). We deny Tucker's motion for transcripts at the government's expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED